**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01079-CR
No. 05-12-01080-CR

**KEITH BRONSHA PAUL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-41122-Y, F10-42448-Y**

## ORDER

The Court **REINSTATES** the appeals.

On September 11, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty days from the October 15, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **NOVEMBER 14, 2013**. Because appellant's brief is already two months overdue, no further extensions will be granted. If appellant's brief is

not filed by the date specified, the Court will order Nanette Hendrickson and the Dallas County Public Defender's Office removed as counsel and will order the trial court to appoint a new attorney to represent appellant in the appeals.

We **DIRECT** the Clerk to send copies of the order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7, and to counsel for all parties.

/s/    DAVID EVANS
       JUSTICE